x:\tc51626\appear

WDJ/ls
File No.: TC-51626

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------X
TATIANA MORALES AND JAMES FINK,

                 Plaintiffs,

     -against-

90 CHURCH STREET LIMITED PARTNERSHIP,
AMBIENT GROUP, INC., BANKERS TRUST
COMPANY, BELFOR USA GROUP, INC., BOSTON
PROPERTIES, INC., BT PRIVATE CLIENTS CORP.,
DEUTSCHE BANK TRUST COMPANY, DEUTSCHE
BANK TRUST COMPANBY AMERICAS, DEUTSCHE
BANK TRUST CORPORATION, STRUCTURE TONE
(UK), INC., STRUCTURE TONE GLOBAL SERVICES,
INC., THE BANK OF NEW YORK TRUST COMPANY
NA, AND TISHMAN INTERIORS CORPORATION, ET
AL,

                 Defendants.
-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**21 MC 102 (AKH)**

C O U N S E L O R S :

     PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a

STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES,

INC., hereby appear in the above entitled action, and that the undersigned have been

retained as attorneys for said defendant and demand that copies of all papers in this action

be served upon the undersigned at the office and address stated below:

Dated: New York, New York
July 10, 2007

_____
WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
BARRY, McTIERNAN & MOORE
Attorneys for Defendants
STRUCTURE TONE, INC. s/h/a
STRUCTURE TONE (UK), INC. and
STRUCTURE TONE GLOBAL SERVICES, INC.
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700